614

Commonwealth *v.* Jenkins, Appellant.

Submitted September 27, 1971. Before BELL, C. J., JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI. JJ.

*Ritchie T. Marsh,* and *Marsh, Spaeder, Baur, Spaeder & Schaaf,* for appellant.

*Frank L. Kroto, Jr.,* Assistant District Attorney, and *Michael M. Palmisano,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, December 20, 1971:
Order affirmed.